# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| QUIANA MATHEWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:22-cv-01091-MHH-NAD |
| KERMIT JOHNSON, Counselor, et al., | ) ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM OPINION**

On May 20, 2024, the magistrate judge entered a report in which he recommended that the Court dismiss Ms. Mathews's claims pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. (Doc. 14). The magistrate judge advised Ms. Mathews of her right to file specific written objections within 14 days. (Doc. 14, pp. 14-15). To date, the Court has not received objections from Ms. Mathews.

After consideration of the electronic record in the case and the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with the recommendation, by separate order the Court will dismiss Ms. Mathews's claims without prejudice pursuant to 28 U.S.C. § 1915A, for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this June 20, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE